# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

_____

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J.  12/2/2022

The Clerk of Court is respectfully directed to terminate the gavel pending at Doc. 11.

December 1, 2022

Via ECF

Hon. Vernon S. Broderick,
    United States District Court,
        Southern District of New York,
            40 Foley Square, Room 415,
                New York, NY  10007.

      Re:    *Mobarak Prado et al.* v. *JPMorgan Chase & Co.*,
              No. 22-cv-07582-VSB (S.D.N.Y.)

Dear Judge Broderick:

        We represent defendant JPMorgan Chase & Co. ("JPMorgan") in the above-referenced matter.  In response to the Court's November 30, 2022 order (ECF No. 24), we respectfully request that JPMorgan's motion to dismiss (ECF No. 11) be denied as moot, without prejudice to refiling a new motion to dismiss Plaintiffs' forthcoming amended complaint, in accordance with Federal Rule of Civil Procedure 15(a)(3).

        Respectfully submitted,

        */s/ Robert A. Sacks*
        Robert A. Sacks

cc:    Counsel of Record (via ECF)