**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MARTIN MOBARAK PRADO and
COMPROSUORO S.A. de C.V.,

                    Plaintiffs,

          -against-                                  22 **CIVIL** 7582 (LTS)

                                                                 **JUDGMENT**

JPMORGAN CHASE & CO.,

                    Defendant.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Order dated September 19, 2023, the Motion to Dismiss the

First Amended Complaint is granted. The Memorandum Order resolves docket entry no. 28.

Judgment is entered dismissing the First Amended Complaint and the case is closed.

**Dated:**  New York, New York

      September 19, 2023

                                          **RUBY J. KRAJICK**
                                         **Clerk of Court**

                     **BY:**
                                    _____
                                         **Deputy Clerk**